MANORDALE ESTATES, INC., Respondent, v. COMMERCIAL UNION INSURANCE GROUP, Now EMPLOYERS COMMERCIAL UNION GROUP OF INSURANCE CO., Appellant.—

Present —
Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.